SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave.
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
LAMAR MYERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>     Plaintiff,<br><br>     vs.<br><br>BB 2008 INC.; CANDICE H. WOODWARD, AS TRUSTEE OF THE CANDICE H. WOODWARD LIVING TRUST; and DOES 1 to 10,<br><br>     Defendants. | **Case No.: 2:26-cv-01609-PA-AS**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff LAMAR MYERS ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  March 26, 2026                **SO. CAL EQUAL ACCESS GROUP**


                                              _/s/ Jason J. Kim_____
                                              JASON J. KIM
                                              Attorney for Plaintiff

NOTICE OF SETTLEMENT OF ENTIRE CASE